JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA Y. FOSTER CHARLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDITORS CONNECTION, INC., a corporation; NISSAN MOTOR ACCEPTANCE CORP., a corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: 2:18-cv-10548-MWF-FFM<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

Having considered the parties' Joint Stipulation, this entire action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and NMAC shall bear their own costs and expenses.

IT IS SO ORDERED.

Date: January 31, 2020

_____
UNITED STATES DISTRICT JUDGE